SCWC-12-0000674

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

CORBIT AHN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000674; CR. NO. 09-1-1428)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Perkins, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on September 17, 2014, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 29, 2014.

Lars Peterson                    /s/ Mark E. Recktenwald
for petitioner

                                 /s/ Paula A. Nakayama
Loren J. Thomas
for respondent                   /s/ Sabrina S. McKenna

                                 /s/ Michael D. Wilson

                                 /s/ Richard K. Perkins

